```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

```
In re:                                                  Case No. 13-04499-JJT
Robert Sweeney, Jr.                                     Chapter 13
Crystal L. Sweeney
          Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: JGoodling          Page 1 of 1              Date Rcvd: Jun 29, 2017
                              Form ID: pdf010          Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2017.
cr             +c/o Jack M. Seitz TD Bank, N.A.,    Lesavoy Butz & Seitz LLC,    7535 Windsor Drive,   Suite 200,
                Allentown, PA 18195-1014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
         Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
         J. Zac Christman    on behalf of Debtor Robert  Sweeney, Jr. jchristman@newmanwilliams.com,
          mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
         J. Zac Christman    on behalf of Joint Debtor Crystal L. Sweeney jchristman@newmanwilliams.com,
          mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
         Jack M Seitz    on behalf of Creditor c/o Jack M. Seitz  TD Bank, N.A. jseitz@lesavoybutz.com,
          sblake@lesavoybutz.com
         James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
         Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,   DPugh@monroecountypa.gov
         Philip W. Stock    on behalf of Creditor    Monroe County Tax Claim Bureau pwstock@ptd.net
         Thomas I Puleo    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
         Vincent  Rubino    on behalf of Joint Debtor Crystal L. Sweeney
          epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
          williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
         Vincent  Rubino    on behalf of Debtor Robert  Sweeney, Jr.
          epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
          williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
         William Edward Miller    on behalf of Creditor    MTGLQ Investors, L.P. wmiller@sterneisenberg.com,
          bkecf@sterneisenberg.com
                                                                                           TOTAL: 13
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| ROBERT SWEENEY, JR., a/k/a ROBERT | : | Case No.  13-04499-JJT |
| SWEENEY, and CRYSTAL L. SWEENEY, | : | |
| a/k/a CRYSTAL LYNN SWEENEY, | : | |
| a/k/a CRYSTAL SWEENEY, | : | |
| | : | |
| Debtors | : | |
| TD BANK, N.A., | : | |
| | : | |
| Movant | : | Motion for Relief from Automatic Stay |
| v. | : | |
| | : | |
| ROBERT SWEENEY, JR., a/k/a ROBERT | : | Hearing Set: July 18, 2017, at 9:30 a.m. |
| SWEENEY, CRYSTAL L. SWEENEY, | : | U.S. Courthouse, Courtroom 2 |
| a/k/a CRYSTAL LYNN SWEENEY, | : | 197 S. Main St., Wilkes-Barre, PA |
| a/k/a CRYSTAL SWEENEY, and | : | |
| CHARLES J. DEHART, III, | : | |
| | : | |
| Respondents | : | |

## ORDER OF COURT

Upon consideration of TD Bank, N.A.'s Motion for Relief From the Automatic Stay, and

upon consideration of papers in opposition to the Motion (if any), it is hereby

**ORDERED** that the automatic stay imposed by Section 362 of the Bankruptcy Code is

hereby terminated and lifted to permit TD Bank, N.A., to proceed with its state court remedies to

liquidate its liens on Debtors' real estate identified as 150 White Pine Drive, Pocono Lake,

formerly known as 1110 Hemlock Drive, Pocono Lake, PA, Monroe County, PA, parcel

no. 19/11A/1/154 (the "**Subject Property**"); and it is

**FURTHER ORDERED,** the remedies TD Bank, N.A., may pursue include but are not

limited to conducting a sheriff's sale, and taking such action as necessary to secure possession of

the Subject Property after the sheriff's sale; and it is

**FURTHER ORDERED,** TD Bank, N.A., is authorized to apply the proceeds received

from the liquidation of the Subject Property to the debt Debtors owe to TD Bank, N.A., in the

manner set forth in the loan documents.

By the Court,

Dated: June 29, 2017

John J. Thomas, Bankruptcy Judge

(PJR)