UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT SWEENEY, JR.
AKA: ROBERT SWEENEY
CRYSTAL L. SWEENEY
AKA: CRYSTAL LYNN SWEENEY,
CRYSTAL SWEENEY

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-13-04499-JJT

ROBERT SWEENEY, JR.
AKA: ROBERT SWEENEY
CRYSTAL L. SWEENEY
AKA: CRYSTAL LYNN SWEENEY,
CRYSTAL SWEENEY

Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on October 23, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of October 23, 2017, the Debtor(s) is/are $1450.00 in arrears with a plan payment having last been made on Sep 25, 2017.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: October 23, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT SWEENEY, JR.
AKA: ROBERT SWEENEY
CRYSTAL L. SWEENEY
AKA: CRYSTAL LYNN
SWEENEY, CRYSTAL
SWEENEY

        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

ROBERT SWEENEY, JR.
AKA: ROBERT SWEENEY
CRYSTAL L. SWEENEY
AKA: CRYSTAL LYNN SWEENEY,
CRYSTAL SWEENEY

        Respondent(s)

CHAPTER 13

CASE NO: 5-13-04499-JJT

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on October 23, 2017.

J ZAC CHRISTMAN ESQUIRE
712 MONROE STREET
PO BOX 511
STROUDSBURG, PA 18360-

ROBERT SWEENEY, JR.
CRYSTAL L. SWEENEY
150 WHITE PINE DRIVE
POCONO LAKE, PA 18347

        RESPECTFULLY SUBMITTED,

        /s/ Liz Joyce
        for Charles J. DeHart, III, Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        Phone: (717) 566-6097

Dated: October 23, 2017