```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                        Case No. 13-04499-JJT
Robert Sweeney, Jr.                                           Chapter 13
Crystal L. Sweeney
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5         User: DDunbar              Page 1 of 2           Date Rcvd: Oct 24, 2017
                             Form ID: pdf010            Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2017.
```
db/jdb         +Robert Sweeney, Jr.,    Crystal L. Sweeney,    150 White Pine Drive,    Pocono Lake, PA 18347-8159
cr             +c/o Jack M. Seitz TD Bank, N.A.,   Lesavoy Butz & Seitz LLC,   7535 Windsor Drive,   Suite 200,
                 Allentown, PA 18195-1014
4370029        +BERKSHIRE MALL, LLC,    1665 STATE HILL ROAD,    READING, PA 19610-1977
4370030        +BLUE RIDGE CABLE C/O APEX ASSET MGT.,    PO BOX 7044,    1891 SANTA BARBARA SUITE 204,
                 LANCASTER, PA 17601-4106
4370031        +CAPITAL ONE BANK,    PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
4370032        +DREW ROTHMAN ESQ,    POWELL TRACHTMAN LOGAN,    475 ALLENDALE ROAD,
                 KING OF PRUSSIA, PA 19406-1431
4370033         EPHRATA RADIOLOGIC ASSOC,    C/O APEX ASSET MGT,    PO BOX 7044,   LANCASTER, PA 17604-7044
4370034       #+FIREHOUSE OF AMERICA, LLC,    3400-8 KORI RD.,    JACKSONVILLE, FL 32257-8884
4370035         GMAC MORTGAGE,    PO BOX 4622,    WATERLOO, IA 50704-4622
4370036        +MEYER DESIGN,    227 E LANCASTER AVE,    ARDMORE, PA 19003-2304
4370037        +PA DEPT OF REVENUE,    BUREAU OF COLLECTIONS,    PO BOX 281041,    HARRISBURG, PA 17128-1041
4370040        +RICHARD J. DAVIES, ESQUIRE,    475 ALLENDALE ROAD, SUITE 200,    KING OF PRUSSIA, PA 19406-1496
4370041        +RUSSELL KRAFFT & GRUBER,    HEMPFIELD CTR STE 300,    930 RED ROSE COURT,
                 LANCASTER, PA 17601-1981
4453439        +TD Bank, N.A.,    c/o Jack M. Seitz, Esquire,    Lesavoy Butz & Seitz LLC,   7535 Windsor Drive,
                 Allentown, PA 18195-1042
4370047         WALZ, DEIHM, ET AL, PC,    2929 LITITZ PIKE, P.O. BOX 5555,    LANCASTER, PA 17606-5555
4370048        +WELLS FARGO BANK,    420 MONTGOMERY STREET,    SAN FRANCISCO, CA 94104-1298
4434810        +Wells Fargo Bank,    PO Box 63491 MAC A0143-042,    San Francisco, CA 94163-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4411652        +E-mail/Text: bncmail@w-legal.com Oct 24 2017 19:15:33      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4442806        +E-mail/Text: MKnitter@monroecountypa.gov Oct 24 2017 19:15:33
                 Monroe County Tax Claim Bureau,    1 Quaker Plaza, Room 104,    Stroudsburg, PA 18360-2141
4370038         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 24 2017 19:33:40
                 PORTFOLIO RECOVERY,    120 CORPORATE BLVD,    NORFOLK, VA 23502
4428934         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 24 2017 19:33:57
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4402830         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 24 2017 19:15:27
                 Pennsylvania Department of Revenue,    PO Box 280946,    Bankruptcy Division,
                 Harrisburg, PA 17128-0946
4370039        +E-mail/Text: banko@berkscredit.com Oct 24 2017 19:15:20      READING HOSPITAL,
                 C/O BERKS CREDIT & COLLECTION,    900 CORPORATE DRIVE,    READING, PA 19605-3340
4370042         E-mail/PDF: pa_dc_claims@navient.com Oct 24 2017 19:14:48      SALLIE MAE,    PO BOX 9500,
                 WILKES-BARRE, PA 18773-9500
4370043         E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2017 19:14:46      SAM'S CLUB/GECRB,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
4475431        +E-mail/PDF: pa_dc_claims@navient.com Oct 24 2017 19:14:59      Sallie Mae,    c/o Sallie Mae Inc.,
                 220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
4370045        +E-mail/Text: bankruptcy@td.com Oct 24 2017 19:15:31      TD BANK,    ATTN: JEFFREY LYONS, AVP,
                 ONE ROYAL RD., 2ND FLOOR,    FLEMINGTON, NJ 08822-6001
4370046        +E-mail/Text: bankruptcynotices@sba.gov Oct 24 2017 19:15:18
                 US SMALL BUSINESS ADMINISTRATION,    409 3RD ST, SW,   WASHINGTON DC 20416-0005
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
app             A.C. Read
4370044       ##+SUSQUEHANNA BANK, PA,    CONSUMER CREDIT DEP'T,    24 N. CEDAR STREET,    LITITZ, PA 17543-1514
4433900       ##+Susquehanna Bank,    PO Box 639,   Maugansville, MD 21767-0639
                                                                                     TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2017 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          J. Zac Christman    on behalf of Debtor 2 Crystal L. Sweeney jchristman@newmanwilliams.com,
           mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
          J. Zac Christman    on behalf of Debtor 1 Robert   Sweeney, Jr. jchristman@newmanwilliams.com,
           mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
          Jack M Seitz    on behalf of Creditor c/o Jack M. Seitz   TD Bank, N.A. jseitz@lesavoybutz.com,
           sblake@lesavoybutz.com
          James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
          Philip W. Stock    on behalf of Creditor    Monroe County Tax Claim Bureau pwstock@ptd.net
          Thomas I Puleo    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vincent   Rubino    on behalf of Debtor 2 Crystal L. Sweeney
           epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
           williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
          Vincent   Rubino    on behalf of Debtor 1 Robert   Sweeney, Jr.
           epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
           williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
          William Edward Miller    on behalf of Creditor    MTGLQ Investors, L.P. wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com
                                                                                             TOTAL: 13
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Robert Sweeney, Jr**<br>aka Robert Sweeney<br>**Crystal L. Sweeney**<br>aka Crystal Lynn Sweeney<br>aka Crystal Sweeney | Chapter: | 13 |
| Debtor(s) | Case No.: | 5:13-bk-04499-JJT |
| **CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE**<br>vs. Movant(s) | Document No.: | 103 |
| **ROBERT SWEENEY, JR.<br>AKA: ROBERT SWEENEY<br>CRYSTAL L. SWEENEY<br>AKA: CRYSTAL LYNN SWEENEY,<br>CRYSTAL SWEENEY**<br>Respondent(s) | | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default on Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: October 24, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)