Check No. 1182443

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT

***** **FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM.** *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 13-00505-RNO | 005-0 | KENNETH E. CAVANAUGH, JR.<br>Original Check written to:<br>SPOT ON LOANS<br><br>P.O. BOX 6243<br>NORTH LOGAN, UT 84341- | 5841 | 156.88 | 96.61 | 0.00 | 96.61 |
| 13-00814-JJT | 001-0 | JACK K STRANGER<br>Original Check written to:<br>SUZANNE McKENNA, ESQUIRE<br>FOR LEHIGH VALLEY HOSPITAL<br>1611 POND ROAD, SUITE 300<br>ALLENTOWN, PA 18104- | 0818 | 64,618.14 | 382.31 | 0.00 | 382.31 |
| 13-04499-JJT | 999-0 | ROBERT SWEENEY, JR.<br>Original Check written to:<br>ROBERT SWEENEY, JR. and CRYSTAL L. SWEENEY<br>150 WHITE PINE DRIVE<br>POCONO LAKE, PA 18347 | | 0.00 | 334.81 | 0.00 | 334.81 |
| 16-00323-JJT | 999-0 | JAMES J. KUBASKO, JR.<br>Original Check written to:<br>JAMES J. KUBASKO, JR.<br>79 WEST SHORE DR.<br>JEFFERSON TWP., PA 18436 | | 0.00 | 342.81 | 0.00 | 342.81 |
| 16-01080-JJT | 999-0 | JAMES A. HACKETT<br>Original Check written to:<br>JAMES A. HACKETT<br>170 GRANITE ROAD<br>LONG POND, PA 18334 | | 0.00 | 437.20 | 0.00 | 437.20 |
| 15-05202 | 026-0 | HILIARY ANN BEAVERS<br>Original Check written to:<br>HILIARY ANN BEAVERS<br>298 WIMMER ROAD<br>JEFFERSON TWP, PA 18436 | | 0.00 | 443.00 | 0.00 | 443.00 |